Argued and submitted March 30, ballot title certified April 13, 2000

Bill SIZEMORE,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General
for the State of Oregon,
*Respondent.*

(SC S47305)

1 P3d 450

Paul R. Rundle, of Kent, Conley & Rundle, P.C., Portland, argued the cause and filed the petition for petitioner.

Jas. Jeffrey Adams, Assistant Attorney General, Salem, argued the cause and filed the answering memorandum. With him on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

## PER CURIAM

This ballot title review proceeding brought under ORS 250.085(2) concerns the Attorney General's certified ballot title for a proposed initiative measure, denominated by the Secretary of State as Initiative Petition 141 (2000). Petitioner is an elector who timely submitted written comments to the Secretary of State concerning the content of the Attorney General's draft ballot title and who therefore is entitled to seek review in this court. *See* ORS 250.085(2) (stating that requirement). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035 (1997).[1] *See* ORS 250.085(5) (setting out standard of review).

We have considered each of petitioner's arguments concerning the ballot title certified by the Attorney General. We conclude that none establishes that the Attorney General's certified ballot title fails to comply substantially with the standards for such ballot titles set out in ORS 250.035 (1997). Accordingly, we certify to the Secretary of State the following ballot title:

NON-TEACHERS, NON-ADMINISTRATORS ELIGIBLE FOR UNEMPLOYMENT BENEFITS DURING UNPAID SCHOOL CLOSURES

RESULT OF "YES" VOTE: "Yes" vote permits non-teachers, non-administrators in schools to receive unemployment benefits during unpaid school closures.

RESULT OF "NO" VOTE: "No" vote retains statute prohibiting unemployment benefits for all school employees during unpaid school closures.

---

[1] The 1999 Legislature amended ORS 250.035 in several respects. Or Laws 1999, ch 793, § 1. However, section 3 of that 1999 enactment provides, in part:

"(1) The amendments to ORS 250.035 by section 1 of this 1999 Act do not apply to any ballot title prepared for:

"(a) Any initiative petition that, if filed with the Secretary of State with the required number of signatures of qualified electors, will be submitted to the people at the general election held on the first Tuesday after the first Monday in November 2000[.]"

The present proposed measure is one of those to which the 1999 act does not apply. We therefore apply the pertinent provisions of ORS 250.035 (1997).

SUMMARY: Current statute prohibits paying unemployment benefits to all educational institution employees during unpaid school closures, if such employees are reasonably assured of returning. Measure permits paying unemployment benefits to school employees (such as cafeteria, clerical, custodial workers) in other than instructional, research, administrative positions. Covers unpaid school closures, including breaks between successive academic years or terms. Repeals statutory provision that declining offer of work for subsequent academic term is a voluntary leaving; leaves in place current requirements that offers of suitable work not be refused.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).